# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | CASE NO. 1:07-cv-1329-AWI-DLB PC |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION, WITH PREJUDICE |
| SIX UNKNOWN NAMES AGENTS, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional Institution in Greenville, Illinois. To date, plaintiff has filed more than seventy-six civil cases in this district. Plaintiff is an abusive litigant who persists in filing baseless actions in this district. The instant complaint is duplicative of at least nine previous complaints filed this year.[1] There is no good faith basis for the filing of duplicative actions. In addition, the complaint itself fails to state any cognizable claims under federal law, as it is rambling and nonsensical.

This action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   October 23, 2007**          /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 1:07-cv-000766-AWI NEW PC Jo v. Six Unknown Names Agents, 1:07-cv-00075-LJO-DLB PC Jo v. Six Unknown Names Agents, 1:07-cv-00159-AWI-SMS PC Jo v. Six Unknown Names Agents, 1:07-cv-00315-LJO-NEW (DLB) PC Jo v. Six Unknown Names Agents; 1:07-cv-00402-AWI-SMS PC Jo v. Six Unknown Names Agents; 1:07-cv-00476-OWW-SMS PC Jo v. Six Unknown Names Agents; 1:07-cv-00848-OWW-NEW (DLB) PC Jo v. Six Unknown Names Agents; 1:07-cv-01088-AWI-DLB PC Jo v. Six Unknown Names Agents, 1:07-cv-1200-AWI-DLB PC Jo v. Six Unknown Names Agents, and 1:07-cv-1245-OWW-DLB PC Jo v. Six Unknown Names Agents.